CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DINA SALKHAM, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:20-cv-01998-BNW <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 18, 2021	Respectfully submitted,

ROHLFING & KALAGIAN, LLP

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on May 18, 2021)
Attorney for Plaintiff

Dated: May 18, 2021	Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

## Order

IT IS ORDERED that ECF No. 21 is GRANTED.

IT IS FURTHER ORDERED that ECF No. 20 is DENIED as moot.

**IT IS SO ORDERED**

**DATED:** 11:43 am, May 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**